**No. 48833.**—Protest 101590–K of Eurasia Import Co., Inc. (New York).

Opinion by Tilson, J. The record showed that certain of the items consists of hats of ramie similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). The claim at only 25 percent under paragraph 1504 (b) (1) was therefore sustained as to this item.